# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | S2-4:09CR0509 JCH/TCM |
| ) | |
| **RANDALL SUTTON, SHARON** ) | |
| **NEKOL PROVINCE, JAMES** ) | |
| **DOUGLAS CASSITY, BRENT** ) | |
| **DOUGLAS CASSITY, HOWARD A.** ) | |
| **WITTNER, and DAVID R. WULF,** ) | |
| ) | |
| **Defendants.** ) | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendants' motion to sever Counts 49 and 50 of the second superseding indictment be **DENIED**. [Doc. 258]

**IT IS FURTHER RECOMMENDED** that Defendants' motions to sever counts and defendants each be **DENIED**. [Docs. 262, 271]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

/s/Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of January 2012.