# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **S2-4:09CR0509 JCH/TCM** |
| | ) | |
| RANDALL SUTTON, SHARON | ) | |
| NEKOL PROVINCE, JAMES | ) | |
| DOUGLAS CASSITY, BRENT | ) | |
| DOUGLAS CASSITY, HOWARD A. | ) | |
| WITTNER, and DAVID R. WULF, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendants' motions to dismiss each be **DENIED**. [Docs. 260, 264, 270, 272]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.


/s/Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of January 2012.