UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  S2-4:09CR0509 JCH/TCM |
| | ) |
| RANDALL SUTTON, SHARON NEKOL PROVINCE, JAMES DOUGLAS CASSITY, BRENT DOUGLAS CASSITY, HOWARD A. WITTNER, and DAVID R. WULF, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendant Randall Sutton's motion to sever his trial from the trial of his Co-Defendants be **DENIED**. [Doc. 380]

**IT IS FURTHER RECOMMENDED** that Defendant Sharon Nekol Province's motion to sever her trial from the trial of her Co-Defendants be **DENIED**. [Doc. 381]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of September 2012.